Judge: Christopher M. Alston
Chapter: 13
Hearing Date: March 19, 2020
Hearing Time: 9:30 am
Hearing Location: Judge Alston's Courtroom
700 Stewart St #7206
Seattle, WA 98101-8101

Response Date: March 12, 2020

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| In Re:<br>ANTHONY THOMAS WALLACE,<br><br>Debtor. | IN CHAPTER 13 PROCEEDING<br>NO. 15-13514<br><br>NOTICE OF TRUSTEE'S MOTION TO DISMISS CASE AND HEARING |
|---|---|

PLEASE TAKE NOTICE that the Trustee's Motion to Dismiss Case IS SET FOR HEARING as follow:

Judge: Christopher M. Alston  
Location: Judge Alston's Courtroom  
700 Stewart St #7206  
Seattle, WA 98101-8101

Date: March 19, 2020  
Time: 9:30 am

IF YOU OPPOSE this motion, you must file your written response with the Court Clerk NOT LATER THAN THE RESPONSE DATE, which is March 12, 2020.

IF NO RESPONSE IS TIMELY FILED, the Court may, in its discretion, GRANT THE MOTION PRIOR TO THE HEARING WITHOUT FURTHER NOTICE, and strike the hearing.

Dated: February 05, 2020

/s/Jason Wilson-Aguilar  
Jason Wilson-Aguilar  
Chapter 13 Trustee  
WSBA #33582

Chapter 13 Bankruptcy Trustee  
600 University St. #1300  
Seattle, WA 98101  
(206) 624-5124 Fax: (206) 624-5282

|  | Judge: Christopher M. Alston |
|---|---|
|  | Chapter: 13 |
|  | Hearing Date: March 19, 2020 |
|  | Hearing Time: 9:30 am |
|  | Hearing Location: Judge Alston's Courtroom |
|  | 700 Stewart St #7206 |
|  | Seattle,WA 98101-8101 |

Response Date: March 12, 2020

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In Re:

ANTHONY THOMAS WALLACE,

Debtor.

IN CHAPTER 13 PROCEEDING
NO. 15-13514

TRUSTEE'S MOTION
TO DISMISS CASE

The Trustee moves to dismiss this case pursuant to 11 U.S.C. § 1307(c):

The confirmed Plan requires annualized payments of $475.00 per month. The plan is now delinquent a total of $3,952.00 calculated through 2/5/2020.

THE TRUSTEE REQUESTS that the Court dismiss this case.

Dated: February 05, 2020

/s/ Jason Wilson-Aguilar
Jason Wilson-Aguilar
Chapter 13 Trustee
WSBA #33582

Chapter 13 Bankruptcy Trustee
600 University St. #1300
Seattle,WA 98101
(206) 624-5124 Fax:(206) 624-5282
www.seattlech13.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In Re:

ANTHONY THOMAS WALLACE,

Debtor.

IN CHAPTER 13 PROCEEDING
NO. 15-13514

Proposed
ORDER DISMISSING CASE

THIS MATTER having come before the Court on the Chapter 13 Trustee's Motion to Dismiss Case, and the Court having reviewed and considered the motion, records and files in this case, it is

ORDERED that this case is dismissed.

///End of Order///

Presented by:

*/s/Jason Wilson-Aguilar*
Jason Wilson-Aguilar, WSBA #33582
Chapter 13 Bankruptcy Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124

ORDER DISMISSING CASE

CM095