BROWN and SEELYE
1700 Cooper Point Rd SW #C5
Olympia, WA 98502
(253)573-1958

JUDGE CHRISTOPHER M. ALSTON
HEARING DATE: April 9, 2020 at 9:30 am
RESPONSE DATE: April 2, 2020

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re: )
) No. 15-13514-CMA
ANTHONY THOMAS WALLACE )
)
   Debtor(s) ) MOTION TO WITHDRAW AS COUNSEL
)
)
_____ )

   COMES NOW Ellen Ann Brown and seeks to withdraw as counsel of record in this matter. The Debtor(s) last known address and contact information is:

Name:    Anthony Thomas Wallace
Address:  5600 56th Ave SE
           Lacey, WA 98503
Phone:   253-709-2532
Email:    anthonywallace@gmail.com

   No deadlines, hearings or trials will be automatically continued as a result of this withdrawal.

   DATED March 12, 2020

   /s/ Ellen Ann Brown
_____
Ellen Ann Brown WSB 27992
Attorney for Debtor(s)

**BROWN and SEELYE, PLLC**
Attorneys at Law
1700 Cooper Point Road SW #C5
Olympia, WA 98502
253.573.1958
Fax 866-422-6196