| | |
|---|---|
| BROWN and SEELYE<br>1700 Cooper Point Rd SW #C5<br>Olympia, WA 98502<br>(253)573-1958 | JUDGE CHRISTOPHER M. ALSTON<br>HEARING DATE: April 9, 2020 at 9:30 am<br>RESPONSE DATE: April 2, 2020 |

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:  )
       )  No. 15-13514-CMA
ANTHONY THOMAS WALLACE )
       ) DECLARATION OF ELLEN ANN BROWN
   Debtor(s) ) MOTION TO WITHDRAW AS COUNSEL
       )
       )
_____)

COMES NOW Ellen Ann Brown and states as follows under penalty of perjury of the laws of the State of Washington:

I have made repeated attempts to contact debtor to no avail and cannot represent him with his cooperation.

DATED March 12, 2020

/s/ Ellen Ann Brown
_____
Ellen Ann Brown WSB 27992
Attorney for Debtor(s)

**BROWN and SEELYE, PLLC**
Attorneys at Law
1700 Cooper Point Road SW #C5
Olympia, WA 98502
253.573.1958
Fax 866-422-6196

| | |
|---|---|
| BROWN and SEELYE | JUDGE CHRISTOPHER M. ALSTON |
| 1700 Cooper Point Rd SW #C5 | HEARING DATE: April 9, 2020 at 9:30 am |
| Olympia, WA 98502 | RESPONSE DATE: April 2, 2020 |
| (253)573-1958 | |

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:
ANTHONY THOMAS WALLACE

   Debtor(s)

No. 15-13514-CMA

DECLARATION OF ELLEN ANN BROWN
MOTION TO WITHDRAW AS COUNSEL

COMES NOW Ellen Ann Brown and states as follows under penalty of perjury of the laws of the State of Washington:

I have made repeated attempts to contact debtor to no avail and cannot represent him with his cooperation.

DATED March 12, 2020

/s/ Ellen Ann Brown
_____
Ellen Ann Brown WSB 27992
Attorney for Debtor(s)

**BROWN and SEELYE, PLLC**
Attorneys at Law
1700 Cooper Point Road SW #C5
Olympia, WA 98502
253.573.1958
Fax 866-422-6196