HONORABLE CHRISTOPHER M. ALSTON
HEARING DATE: April 9, 2020
HEARING TIME: 9:30 am
RESPONSE DATE: April 2, 2020

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re: | ) |
| | ) No. 15-13514-CMA |
| ANTHONY THOMAS WALLCE | ) |
| | ) DECLARATION OF MAILING |
| Debtor(s) | ) FOR HEARING ON MOTION |
| | ) TO WITHDRAW AS ATTORNEY OF |
| | ) RECORD |
| _____ | ) |

I declare under penalty of perjury of the laws of the State of Washington that the following is true and correct:

1. I am over the age of 18 years and competent to be a witness herein.
2. I made this declaration of my own personal knowledge.
3. A Copy of the Motion to Withdraw, Notice of Hearing and Proposed order was sent on this date to all creditors on the attached mailing matrix.

Signed at Tacoma, Washington and dated March 12, 2020.


/s/ Ellen Ann Brown

_____

Ellen Ann Brown
Attorney at Law

**BROWN and SEELYE**
Attorneys at Law
1700 Cooper Point Rd SW #C5
Olympia, WA 98502
253.573.1958
Fax 866-422-6196