Judge: Christopher M. Alston
Chapter: 13
Hearing Date: April 09, 2020
Hearing Time: 9:30 a.m.
Hearing Location: Telephonic
Response Date: April 02, 2020

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:

ANTHONY THOMAS WALLACE,

      Debtor(s).

IN CHAPTER 13 PROCEEDING
NO. 15-13514-CMA

RESPONSE TO MOTION TO WITHDRAW AS COUNSEL

    Jason Wilson-Aguilar, Chapter 13 Trustee, responds to the Motion to Withdraw as Counsel (ECF No. 26):

    The Trustee does not normally respond to motions to withdraw as counsel, but the Trustee has a motion to dismiss the debtor's case pending and the debtor could use the assistance of counsel.

    WHEREFORE, the Chapter 13 Trustee requests that the Court grant or deny the Motion to Withdraw as Counsel (ECF No. 26), as the Court finds appropriate at the hearing.

    Dated this 31st day of March 2020

                                          */s/ Jason Wilson-Aguilar*, WSBA #33582
                                          JASON WILSON-AGUILAR
                                          Chapter 13 Trustee